**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**LAREDO DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **vs.** | § | **CRIMINAL NO. 5:23-CR-01168** |
| | § | |
| **MICHAEL AVERY HOCHMAN, MD** | § | |

## NOTICE OF APPEAL

Notice is hereby given that **MICHAEL AVERY HOCHMAN, MD** appeals to the

United States Court of Appeals for the Fifth Circuit Pursuant to FRAP 9(a) from:

1) An Order of Release on Bond and related Order Denying a Motion to Modify Conditions of Release.

Respectfully submitted,

**BALLI & BALLI LAW FIRM, LLP**
P.O. Box 1058
Laredo, Texas 78042-1058
Tel: (956) 712-4999
Fax: (956) 724-5830

By: */s/ Roberto Balli*
ROBERTO BALLI
SBN: 00795235

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and attest that all parties in interest have received a true and correct copy of this motion by electronic mail from the Clerk of Court.

*/s/ Roberto Balli*
ROBERTO BALLI