Case 5:23-cr-01168   Document 50   Filed on 10/31/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
October 31, 2023
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | Case No.  5:23-cr-1168 |
| MICHAEL AVERY HOCHMAN, MD | § | |

### ORDER ON EMERGENCY UNOPPOSED
### MOTION TO MODIFY CONDITIONS OF RELEASE

The Court, having considered the foregoing motion from Dr. Hochman, the responses of the United States, the evidence submitted, and arguments of counsel, GRANTS the requested relief by removing the **Condition of Release No. 7(v) (Prohibition of Practicing Medicine)** and replacing it with a special condition that, while on bond, Dr. Hochman will not bill for the CPT Codes specified in the Indictment. Moreover, the Court also modifies **Condition of Release No. 7(f) (Travel Restrictions)** to permit Dr. Hochman to travel throughout the United States.

Done at Brownsville, Texas on this  31  day of October 2023.

Rolando Olvera
United States District Judge

9

Approved as to Form:

*Tina Ansari*

Tina Ansari
Assistant U.S. Attorney

*/s/ Michael E. Clark*
Michael E. Clark
Lead Counsel for Dr. Hochman