IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
LAREDO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 5:23-cr-01168-1 |
| | § | |
| MICHAEL AVERY HOCHMAN, MD | § | |

## AGREED MOTION TO MODIFY CONDITIONS OF RELEASE

To the Hon. Drew B. Tipton, U.S. District Judge

The United States of America and Michael Avery Hochman, MD ("Dr. Hochman," collectively "the Parties"), file this *Agreed Motion to Modify Conditions of Release* and, for the reasons listed below, respectfully move for the Court to modify specific bond conditions imposed in the *Order Setting Conditions of Release* in this matter on October 5, 2023 (Doc. 28), as later modified on October 31, 2023 (Doc. 50).

### Condition of Release No. 7(v) (Prohibition of Billing CPT Codes Listed in the Indictment)

In its original *Order Setting Conditions of Release*, the Court restricted, *inter alia*, Dr. Hochman's ability to practice medicine (Special Condition 7(v)) and his ability to travel (Special Condition 7(f)). On October 27, 2023, Dr. Hochman filed an *Unopposed Motion to Modify Conditions of Release* (Doc. 49). In its order dated October 31, 2023 (Doc. 50), the Court tailored its restriction of Dr. Hochman's medical practice so that he could

1

provide services to his patients except for billing for the ophthalmology services and CPT codes listed in the *Indictment*.

Dr. Hochman has shared objective data with the Government about his procedures and services provided to his patients; consequently, the Government joins in filing this *Agreed Motion to Modify Conditions of Release*. Dr. Hochman respectfully requests the Court accordingly modify Special Condition 7(v) so that he can now also bill for services provided to patients that are related the CPT codes listed in the *Indictment*. The relevant ophthalmology services and  CPT codes are as follows:

67210 (focal retinal laser)

67228 (peripheral panretinal photocoagulation laser)

67028 (Intravitreal injection of Avastin)

CPT Code 92275-ERG

CPT Code 92235—Fluorescein Angiography

CPT Code 0191T—iStent

CPT Code 65778—AMNIOTIC MEMBRANE PLACEMENT ("BioD")

*Indictment*, Doc. 1, at pp. 3-6 (Filed on 09/27/23).

**Prayer**

Wherefore, premises considered, the Parties respectfully request that the Court grant this *Agreed Motion to Modify Conditions of Release* and modify the Conditions of Release so that Dr. Hochman can bill for the CPT Codes specified in the *Indictment*,

subject to providing biweekly reports about such billings related to Medicare patients to the Government.

Respectfully submitted,

**WOMBLE BOND DICKINSON (US) LLP**

/s/ *Michael E. Clark*
Michael E. Clark
707 Texas Ave., Suite 2100
Houston, TX 77002
Tel.: (346) 998-7807
Email: Michael.Clark@wbd-us.com
Texas Bar No. 04293200

**BALLI & BALLI LAW FIRM**

/s/ *Roberto Balli*
Roberto Balli
P.O. Box 1058
Laredo, Texas 78042-1058
Tel: (956) 712-4999
Fax: (956) 724-5830
FBN: 22668

**LAW OFFICE OF ADRIANA ARCE-FLORES**
/s/*Adriana Arce-Flores*
Adriana Arce-Flores
Texas State Bar Number 01284525
Southern District of Texas No. 12173
1016 Juarez Ave.
Laredo, Texas 78040
Telephone: (956) 723-6008
Fax: (956) 723-6003
**ATTORNEYS FOR DR. HOCHMAN**

3

**Approved as to Form:**

*/s/ Tina Ansari*
Tina Ansari
Assistant U.S. Attorney

*/s/ Michael E. Clark*
Michael E. Clark
Attorney in Charge for Defendant

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify and attest that all parties in interest listed

below have received a true and correct copy of this motion by electronic mail from the

Clerk of Court.

*/s/ Michael E. Clark*
Michael E. Clark

## CERTIFICATE OF AGREEMENT

I am the Assistant United States Attorney in charge of the prosecution of this

case. I have conferred with Mr. Clark about this agreed motion and hereby certify that

the Government joins in this motion.

*/s/ Tina Ansari*
Tina Ansari
Assistant U.S. Attorney

4

## CERTIFICATE OF CONFERENCE

I, the undersigned, conferred with Assistant United States Attorney, Tina Ansari, about the filing of this motion and she has agreed to the relief sought herein.

/s/ *Michael E. Clark*
Michael E. Clark