## UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF TEXAS

United States of America

*versus*                                                    Case Number: 5:23–cr–01168

Michael Avery Hochman

---

### Notice of Setting

**A proceeding has been set in this case as to Michael Avery Hochman as set forth below.**

**BEFORE:**
**Judge Drew B Tipton**

**LOCATION:**
Courtroom 11C
United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 3/19/2026

**TIME:** 01:00 PM

**TYPE OF PROCEEDING:** Status Conference
Applicable defendant(s) required to be present at the hearing.

---

Date:   March 5, 2026                                        Nathan Ochsner, Clerk